718

52 So.2d 887

## Charles COOPER v. STATE.
### 8 Div. 885.

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Appeal dismissed.

55 So.2d 925

## Allen DANIELS v. STATE.
### 4 Div. 183.

Court of Appeals of Alabama.
Nov. 20, 1951.

Lawrence K. Andrews, Union Springs, for appellant.

Si Garrett, Atty. Gen., for the State.

CARR, Presiding Judge.
Affirmed.

60 So.2d 914

## Lot DAVIS v. STATE.
### 7 Div. 185.

Court of Appeals of Alabama.
Aug. 5, 1952.

Roy D. McCord, Gadsden, for appellant.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

52 So.2d 887

## Jeff DEAR v. CITY OF BIRMINGHAM.
### 6 Div. 77.

Court of Appeals of Alabama.
March 13, 1951.

Application for Rehearing Stricken March 28, 1951, Sup.Ct. Rule 38, Code 1940, Tit. 7 Appendix.

Geo. E. Trawick, of Birmingham, for appellant.

Chas. H. Brown, of Birmingham, for appellee.

CARR, Presiding Judge.
Affirmed on authority of Johnson v. City of Birmingham, ante, p. 38, 52 So.2d 237. Certiorari denied by Supreme Court, 255 Ala. 696, 52 So.2d 884.

53 So.2d 892

## Jeff DEAR v. CITY OF BIR-MINGHAM.
### 6 Div. 155.

Court of Appeals of Alabama.
May 1, 1951.

Rehearing Denied May 29, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

PRICE, Judge.
Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So.2d 761, certiorari denied 254 Ala. 515, 48 So.2d 768.